UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

### Case Number: 12-14082-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

BUNYAWAN KRAIKONG,

      Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Appropriateness of Counsel's CJA Voucher for Attorney's Fees 13C 0003364 issued by Chief United States Magistrate Judge Frank J. Lynch, Jr, on November 3, 2016 [ECF No 136].  The Report and Recommendation recommends to this Court, that counsel Robert W. Stickney, Esquire be paid a total sum of **$10,809.14**.

Accordingly, the Court has considered the Report and Recommendation, and the pertinent parts of the record, counsel's notice of no objection to report and recommendation of Chief Magistrate Judge Lynch.  Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Chief United States Magistrate Judge Frank J. Lynch Jr's Report and Recommendation [ECF No. 136] is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this _10_ day of November, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Chief Magistrate Judge Lynch Jr.
Robert W. Stickney, Esq
CJA Administrator